IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BROADVOX HOLDINGS, LLC, et al., )<br>)<br>Defendants. )<br>_____) | Case No. 08-CV-2045-JWL-JPO |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sprint Communications Company L.P. ("Sprint") and Defendants Broadvox LLC, Broadvox Holdings, LLC, Infotelecom LLC, and Infotelecom Holdings, LLC (collectively, "Broadvox"), through their respective counsel, hereby stipulate to the dismissal without prejudice of the above-captioned action filed by Sprint, including all claims asserted by Sprint and all counterclaims asserted by Broadvox. Each party shall bear its own costs, expenses, and attorneys' fees in connection with this action.

IT IS HEREBY STIPULATED:

Dated: November 21, 2008

| | |
|---|---|
| /s/ Adam P. Seitz_____<br>Adam P. Seitz, KS Bar No. 21059<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108-2613<br>816-474-6550 Telephone<br>816-421-5547 Facsimile<br><br>Attorney for Plaintiff<br>Sprint Communications Company L.P. | /s/ David S. Bloch_____<br>David S. Bloch<br>WINSTON & STRAWN, LLP<br>101 California Street<br>San Francisco, CA 94111-5894<br>(415) 591-1452<br>(415) 591-1400 (Facsimile)<br><br>Attorney for Defendants<br>Broadvox LLC and Infotelecom LLC |